UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tyrone Dwayne Miller,

    Plaintiff,

v.                                                                       Civil No. 07-3760 (JNE/JJG)
                                                                      ORDER

Lori Swanson, Minnesota Attorney General; and
Minnesota Department of Labor and Industry,

    Defendants.

This case is before the Court on a Report and Recommendation issued by the Honorable Jeanne J. Graham, United States Magistrate Judge, on August 22, 2007. The magistrate judge recommended that Plaintiff's Application to Proceed Without Prepayment of Fees be denied and that this action be summarily dismissed. Plaintiff responded to the Report and Recommendation by filing a "Petition to Abolish the Fire at Will Law." The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). To the extent Plaintiff objects to the Report and Recommendation, the Court overrules the objections. To the extent Plaintiff's Petition is an amended pleading, the reasoning of the Report and Recommendation applies to it. Accordingly, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1.     Plaintiff's "Application to Proceed Without Prepayment of Fees" [Docket No. 2] is DENIED.

2.     This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 14, 2007

                                                                             s/ Joan N. Ericksen
                                                                             JOAN N. ERICKSEN
                                                                              United States District Judge